UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

MATTHEW R SCHLEY,

          Defendant.

Case No. 19-552-JLW

DETENTION ORDER

Offenses charged:

    Count 1:    Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Date of Detention Hearing: November 22, 2019

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant appears to use an alias name and his criminal history reports numerous failures to appear.

2. Defendant was convicted of resisting arrest.

3. Upon advice of counsel, Defendant declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

DETENTION ORDER - 1

4. Defendant stipulated to detention.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of November, 2019.

---

MICHELLE L. PETERSON
United States Magistrate Judge